**Motion Granted and Order filed August 20, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00070-CV
_____

### CRIMSON EXPLORATION OPERATING, INC., Appellant

### V.

### BPX OPERATING COMPANY F/K/A BHP BILLITON PETROLEUM (TXLA OPERATING) COMPANY D/B/A PETROHAWK OPERATING COMPANY, Appellees

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2016-02583**

## ORDER

Appellees' unopposed motion to extend time and enter a briefing schedule is GRANTED.

- The brief of appellant is due October 5, 2020;

- The brief(s) of appellees/cross-appellants is due thirty days after the brief of appellant is filed; and

- The reply brief of appellant and cross-appellee's brief is due thirty days after the brief(s) of appellees/cross-appellants is filed.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Wise and Bourliot.